UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANACHEM M. EZAGUI,

                Plaintiff,

- against -

CITY OF NEW YORK, POLICE OFFICER
JACQUELI L. HARPER shield #24348,

                Defendants.

**ORDER**

09 Civ. 05628 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        After conferring with both parties the Court adopts the following briefing schedule for the parties' anticipated summary judgment motions:

    1) Defendants' moving brief is due October 29, 2009;

    2) Plaintiff's opposition and cross motion are due November 30, 2009;

    3) Defendants' reply brief is due December 14, 2009.

Dated: New York, New York
       September 29, 2009

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09